*Hogarth v. Brinson Bell, et al.*

Case No.

# Exhibit A to Verified Complaint for Declaratory and Injunctive Relief



# NORTH CAROLINA
## STATE BOARD OF ELECTIONS

March 13, 2024

Susan Jane Hogarth

NCSBE Incident Report: 2024-IR-029

Dear Ms. Hogarth,

The North Carolina State Board of Elections (NCSBE) Investigations Unit was notified of a possible "photographing a voted ballot" in violation of NCGS §§ 163-166.3(c).

NCGS §§ 163-166.3(c) states the following: "Photographing Voted Ballot Prohibited. – No person shall photograph, videotape, or otherwise record the image of a voted official ballot for any purpose not otherwise permitted under law."

The NCSBE was forwarded information that you took a photograph of your voted ballot and posted it to "X" in violation of NCGS 163-166.3(c). The NCSBE has a duty to investigate violations of election laws in North Carolina. As stated above, photographing a voted ballot is prohibited by law and is punishable as a Class 1 Misdemeanor.

The purpose of this letter is to explain the law and request that you take the post down.

If you have any questions concerning this matter, please contact Investigator Danielle Brinton at Danielle.Brinton@ncsbe.gov or (984)233-9076.

Sincerely,

*Danielle Brinton*

Investigator Danielle Brinton
North Carolina State Board of Elections
PO Box 27255
Raleigh, NC 27611