UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>*Plaintiff,*<br><br>v.<br><br>KAREN BRINSON BELL, et al.,<br><br>*Defendants.* | Case No.: 5:24-cv-00481<br><br>**NOTICE OF SPECIAL APPEARANCE OF JEFFREY D. ZEMAN** |

Please take notice that the undersigned Jeffrey D. Zeman hereby enters a notice of special appearance as attorney for Plaintiff Susan Jane Hogarth in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, James M. Dedman IV.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Respectfully submitted,

/s/ Jeffrey D. Zeman
JEFFREY D. ZEMAN
PA BAR. NO. 328570
FOUNDATION FOR INDIVIDUAL RIGHTS AND
 EXPRESSION
510 Walnut Street Suite 900
Philadelphia, PA 19106
(215) 717-3473
jeff.zeman@thefire.org
*Attorney for Plaintiff (By Special Appearance)*


/s/ James M. Dedman IV
JAMES M. DEDMAN IV
GALLIVAN WHITE & BOYD P.A.
6805 Carnegie Blvd, Ste. 200

1

Charlotte, NC, 28211
*Local Civil Rule 83.1(d) Attorney for Plaintiff*