# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

SUSAN JANE HOGARTH,

                *Plaintiff,*

    v.

KAREN BRINSON BELL, et al.,

                *Defendants.*

Case No.: 5:24-cv-00481

Hon. Louise W. Flanagan

**PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

---

Plaintiff Susan Hogarth respectfully moves for a preliminary injunction under Federal Rule of Civil Procedure 65(a). As explained in her memorandum in support of this motion, Hogarth seeks a preliminary injunction to prevent Defendants from enforcing N.C. Gen. Stat. § 163-166.3(c), N.C. Gen. Stat. § 163-273(a)(1), N.C. Gen. Stat. § 163-165.1(e); N.C. Gen. Stat. §163-274(b)(1); and N.C. Gen. Stat. § 163-166.3(b) against ballot selfies—voters' photos with or of their completed ballots—during the pendency of this action.

Hogarth also seeks an injunction against the State Board Defendants (Karen Brinson Bell, Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Danielle Brinton), Wake County District Attorney Lorrin Freeman, and North Carolina Attorney General Josh Stein, preventing them from taking action against Plaintiff Hogarth based on her March 5, 2024 ballot selfie and X post, as threatened in the State Board's March 13, 2024 letter to Hogarth.

Hogarth plans to take a ballot selfie when she votes in the upcoming November 5, 2024 election. She thus requests this Court rule on her motion no later than

October 29, 2024, as described in her motion to expedite filed with this motion.

Dated: August 27, 2024

Respectfully Submitted,

/s/ James M. Dedman IV

James M. Dedman IV*
(NC Bar # 37415)
Gallivan White & Boyd P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC, 28211
(704)-552-1712
jdedman@gwblawfirm.com

Eric Spengler*
(NC Bar # 47165)
SPENGLER + AGANS PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
(704) 999-8733
eric@sab.law

*Local Civil Rule 83.1(d) Attorney

JEFFREY D. ZEMAN**
    (Penn. Bar No. 328570)
DANIEL M. ORTNER***
(Calif. Bar No. 329866)
James M. Diaz***
(Vt. Bar. No. 5014)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
jeff.zeman@thefire.org
daniel.ortner@thefire.org
jay.diaz@thefire.org

**Special Appearance Pursuant to
Local Rule 83.1(e)

***Special Appearance Pursuant to
Local Rule 83.1(e) Forthcoming

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I, Jeffrey D. Zeman, hereby certify that on August 27, 2024, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, and this document will be served personally on all Defendants with the Summons & Complaint. Once it is served, we will file an affidavit of service.

/s/ Jeffrey D. Zeman
JEFFREY D. ZEMAN
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION