UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>    *Plaintiff*,<br>  v.<br><br>KAREN BRINSON BELL, et al.,<br><br>    *Defendants*. | Case Number: 5:24-cv-00481-FL<br><br>Hon. Louise W. Flanagan<br><br>**DECLARATION OF<br>ADAM STEINBAUGH<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR PRELIMINARY<br>INJUNCTION** |

I, Adam Steinbaugh, hereby declare:

 1. I am an attorney for the Foundation for Individual Rights and Expression (FIRE). I am admitted to practice in the Commonwealth of Pennsylvania and the State of California. I am over eighteen (18) years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration in support of Plaintiff's Motion for Preliminary Injunction. The following facts are based on my personal knowledge.

 2. Exhibit A is a true and accurate photo of the March 13, 2024, letter Susan Hogarth received from the North Carolina State Board of Elections, concerning a ballot selfie that Hogarth posted on X (formerly known as Twitter) on March 5, 2024. Exhibit A is verified by Hogarth and attached to the Verified Complaint as Exhibit A to the Verified Complaint.

 3. Exhibit B is a copy of a public records request that FIRE attorney Daniel Ortner submitted on March 22, 2024, to the North Carolina State Board of Elections using its online public records portal. The request sought documents "concerning violations and investigations into potential violations of N.C.G.S. § 163-166.3(c)" and documents "discussing the prohibition on 'ballot selfies' or 'ballot photography.'"

Exhibit B also contains Ortner's follow up messages on May 6, 2024, May 28, 2024, June 4, 2024, and June 21, 2024, inquiring into the status of the request and when FIRE would receive responsive documents.

4. Exhibit C is a true and accurate copy of the responsive documents the State Board provided on July 11, 2024, including redacted complaints and incident reports concerning ballot selfies taken during elections held in March 2016, November 2018, November 2020, November 2021, November 2022, November 2023, and March 2024. Page numbers have been added to these documents for the convenience of the parties and the Court.

5. For numerous elections since 2016, the State Board has issued press releases warning voters against taking ballot selfies. These press releases are available on the State Board's website, https://www.ncsbe.gov.

6. Exhibit D is a true and accurate copy of a State Board press release from October 19, 2018, entitled *Reminder to voters: Photographing a voted ballot is against the law* accessed on the State Board's website on August 13, 2024. This press release may also be accessed at https://perma.cc/RT8X-DMMZ.

7. Exhibit E is a true and accurate copy of a State Board press release from February 25, 2020, entitled *Reminder: Photographing a Voted Ballot is Against the Law* accessed on the State Board's website on August 13, 2024. This press release may also be accessed at https://perma.cc/9HCN-B8YA

8. Exhibit F is a true and accurate copy of a State Board press release from October 2, 2020, entitled *State Board Reminds Voters Not to Photograph Their Ballot* accessed on the State Board's website on August 13, 2024, is attached as Exhibit E. This press release may also be accessed at https://perma.cc/34H5-ABPP.

9. Exhibit G is a true and accurate copy of a State Board press release from October 18, 2022, entitled *In-Person Early Voting Begins Thursday for 2022 General Election* accessed on the State Board's website on August 13, 2024. This press release may also be accessed at https://perma.cc/5VAT-NMSH.

10. The State Board warns voters in against taking ballot selfies in numerous places on its official website.

11. Exhibit H is a true and accurate copy of a webpage warning against taking ballot selfies entitled *Phone Usage at Polls* accessed on the State Board's website on August 13, 2024. This webpage may also be accessed at https://perma.cc/5ZNV-979V.

12. Exhibit I is a true and accurate copy of a webpage warning against taking ballot selfies entitled *Frequently Asked Questions (FAQ)* accessed on the State Board's website on August 13, 2024. This webpage may also be accessed at https://perma.cc/6UXG-245X.

13. Exhibit J is a true and accurate copy of a webpage warning against taking ballot selfies entitled *Elections Reference Guide for North Carolina Law Enforcement* accessed on the State Board's website on August 13, 2024. This webpage may also be accessed at https://perma.cc/TR3J-CP5Q.

14. The State Board also posted warnings against taking ballot selfies using its official X (then Twitter) account (@NCSBE) in 2020 and 2022. These posts are still publicly available on X.

15. Exhibit K is a true and accurate copy of the State Board's October 27, 2020 tweet, accessed on X on August 13, 2022. This post may also be accessed at https://perma.cc/X8KX-2835.

16. Exhibit L is a true and accurate copy of the State Board's May 12, 2022 tweet, accessed on X on August 13, 2022. This post may also be accessed at https://perma.cc/LU8N-AX2C.

17. Exhibit M is a true an accurate copy of State Board annual investigation reports, summarizing cases it referred for prosecution from 2015–2023, downloaded from the State Board website on August 22, 2024. Page numbers have been added to these documents for the convenience of the parties and the Court.

18. Exhibit N is a true and accurate copy of summary the State Board published, of cases it referred for prosecution from 2015 to 2022, downloaded from the State Board website on August 22, 2024.

19. Exhibit O is a true and accurate copy of a summary the State Board published of the number and type of complaints it received between September 1, 2020, to January 4, 2022, and the number of those cases that it referred to district attorneys for prosecution, downloaded from the State Board website on August 22, 2024.

20. The Wake County Board of Elections warns voters in against taking ballot selfies in numerous places on its official website, https://www.wake.gov/departments-government/board-elections.

21. Exhibit P is a true and accurate copy of a webpage entitled *Upcoming Election Information* that contains a link to a document entitled *Cellphone, Video, Photography, Texting Laws* accessed on the County Board's website on August 13, 2024. This webpage can also be accessed at https://perma.cc/LKM5-6PH7.

22. Exhibit Q is a true and accurate copy of a webpage entitled *Frequently Asked Questions* that contains a link to the same document calling it the *Electronic Device Laws and Administrative Code* accessed on the County Board's website on August 13, 2024. This webpage can also be accessed at https://perma.cc/D8XL-UB97.

23. Exhibit R is a true and accurate copy of the document entitled *Cellphone, Video, Photography, Texting Laws* and *Electronic Device Laws and Administrative Code* accessed on the County Board's website on August 13, 2024, by following the aforementioned links. This document can also be accessed at https://perma.cc/47XD-TRJ6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of August, 2024.

ADAM STEINBAUGH