*Hogarth v. Brinson Bell, et al.*

Case No. 5:24-cv-00481-FL

# Exhibit C to Adam Steinbaugh Declaration in Support of Plaintiff's Motion for Preliminary Injunction

Case Number: 2016/031
Investigator: Matthew Martucci
Assigned Date: March 16, 2016
Document: Case Opening

Subject: ▓▓▓▓▓▓▓
Type of Case: Photographing of Voters Ballot
Incident Date(s): March 15, 2016 /Primary Elections
County(s): New Hanover County

On March 15, 2016 the assigned investigator received an email, from NCSBE Support Manager Veronica Degraffenreid, forwarded from Lindsey Register ▓▓▓▓▓▓▓▓▓▓▓▓

Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ stating that "I know in NC it is illegal to have recording devices in polling places or to post images of ballots. This woman was subsequently identified as ▓▓▓▓▓ who was warned and still did not remove the photo of her completed ballot which was posted on her Instagram account.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Under the North Carolina General Statue 163-166.3(c) Photographing Voted Ballot is Prohibited. No person shall photograph, videotape, or otherwise record the image of a voted official ballot for any purpose not otherwise permitted under law. (2001-460, s. 3; 2005-428, s. 1(b); 2007-391, s. 23; 2008-187, s. 33(a).)

Case Status/Active

(Case Number 2016/031 Photographing Ballots)

# NCSBEE Report of Investigation

Case Number:        2018-076
Investigator(s):    Harrington
Document:           Case Opening Memo
County:             Wake

Subject(s):         ████████████

                    Possible Photographing Voted Ballot

On October 18, 2018, The North Carolina State Board of Elections and Ethics Enforcement
Investigations Unit was notified of a possible "photographing a voted ballot" in violation of
NCGS 163(A)-1133(c) by the ██████████████████ On October 17, 2018, a
photograph of an actual voted ballot, marked for Chris Malone, was tweeted out by ██████
████████ The ██████ took down the photo from twitter after complaints had been made and
retweeted a sample ballot. Additional complaints were made as to the differences in the ballots
and all tweets related to the ballots were taken down.

2018-276/Active

# NCSBEE Report of Investigation

Case Number:       2018-081
Investigator(s):   Harrington
Document:          Case Opening Memo
County:            Caswell

Subject(s):        ███████████████

Possible Photographing Voted Ballot

On October 23, 2018, Teresa Young, Director of the Caswell County Board of Elections (CCBOE) notified the North Carolina State Board of Elections and Ethics Enforcement (NCSBEE) Investigations Unit of a possible "photographing a voted ballot" in violation of NCGS 163(A)-1133(c) by ████████████. On October 17, 2018 at 3:03 PM, ███████ ████████ appeared to vote at the One Stop voting site located at the CCBOE office.    A photograph was taken showing the School Bond Referendum section of a Caswell County 11/6/2018 General Election ballot. In this image, the ballot has been voted because there is a green check in the 'YES' choice for this ballot item. The image also shows the finger of the voter. The caption above the picture states "To my future children and grandchildren- this vote is for you, and one of the proudest I'll ever cast!"  The photo was posted to the Facebook page of ███████████████. The Facebook page was later deleted after the CCBOE received several complaints.

2018-081/Active

## NCSBEE Report of Investigation

| | |
|---|---|
| Case Number: | 2018-090 |
| Investigator(s): | Harrington |
| Document: | Case Opening Memo |
| County: | Alamance |

Subject(s):        █████████████

Possible Photographing Voted Ballot

On November 5, 2018, Michael D. Abernethy, reporter for The Times-News notified the North Carolina State Board of Elections and Ethics Enforcement (NCSBEE) Public Information Officer (PIO), Patrick Gannon of a possible "photographing a voted ballot" in violation of NCGS 163(A)-1133(c) by █████████████████████████ PIO Gannon forwarded the information to the NCSBEE Investigations unit.

████████████████████████████████████████████████████

issued an apology stating the following:

"Good Evening,

Today I posted a photo of a partial electronic ballot on my FB page. I was unaware of the law prohibiting such an action. I was told soon after by a friend that they thought the post violated the law. I went on line and confirmed that it was indeed a violation. I immediately deleted the post on Facebook and posted an apology. I have deleted the photo from my device and it is no longer available.

I am writing to let the SBOE know of this mistake and the actions I have taken.

Sincerely,

████████████████████

████████████████████████████████████████████████████

2018-090/Active



# NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-030

County Catawba

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 02/24/2020 | Amanda H. Duncan<br>Board of Elections Director<br>Catawba County Board of Elections | PO Box 132 \| 145 Government Drive\|<br>Newton NC 28658<br>Office 828.464.2424 \| Mobile<br>828.514.5324 | aduncan@Cataw<br>baCountyNC.gov | 828 464-2424 |

***Relevant Election Event:*** ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|--------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing Voted Ballot Prohibited | | | |

**'I Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On February 24, 2020, Amanda H. Duncan, Board of Elections Director, Catawba County Board of Elections report that voter ▇▇▇▇▇▇▇▇ photographed his voted ballot and posted the ballot on Facebook.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

TBD

## Name of Investigator Completing this Report

***Name:*** Matthew F. Martucci    ***Title:*** Senior Investigator    ***Date:*** 02/25/2020

### For Supervisory Personnel Only:

Case Opened: Yes ☐ No ☒ To Be Determined ☑    Case #: _____    Priority #'s: _____

General Counsel (or designee) Initials: _____ ~~KRL~~    Date: _____

Chief Investigator (or designee) Initials: _____    Date: 2/27/2020

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|---|---|---|---|---|
| 02/25/2020 | NCSBE | 430 N. Salisbury St., Raleigh, NC | | 919-814-0700 |

**Relevant Election Event:** ☐ Election Day  ■ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photography of Voter Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

See attachment

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

See attachment

## Name of Investigator Completing this Report

*Name:* David Richards     *Title:* Investigator     *Date:* 02/25/2020

### For Supervisory Personnel Only:

Case Opened: Yes ☐  No ☒  To Be Determined ☐     Case #: _____     Priority #'s: _____

General Counsel (or designee) Initials: _____ (KRC)     Date: 2/27/20

Chief Investigator (or designee) Initials: _____     Date: 2/77/2020

V2019.10.17

## NORTH CAROLINA STATE BOARD OF ELECTIONS

Incident Number: 2020-IR-037
Investigator(s): David Richards
Document: Opening Memo
County: New Hanover

Subject(s): ████████████████

Photographing Voter Ballot
2020 Primary Election

On 02/25/2020, during the process of investigating a candidate complaint (2020-IR-034) regarding a Face Book posting involving ████████████████ a corner portion of a voted ballot was found to have been posted on ████████ Face Book Page.



Incident Status: Active



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-099

County Graham

| **Person Reporting the Incident** | | | | |
|---|---|---|---|---|
| **DATE** | **COMPLAINANT'S NAME** | **ADDRESS** | **EMAIL** | **TELEPHONE NUMBER(S)** |
| 06/23/2020 | Teresa Garland<br>Graham County Board of<br>Elections | 18 Court St.,<br>Robbinsville, NC 28771 | teresa.garland@g<br>rahamcounty.org | 828-479-7969 |

*Relevant Election Event:* ■Election Day ☐One-Stop ☐Mail-In Absentee ☐Board Meeting ☐Other _____

| **General Nature of the Incident** | **Witness/Persons Involved** | **Telephone Number(s)** | **Email(s)** |
|---|---|---|---|
| ■ Help Desk Ticket # _____ | ▇▇▇▇▇▇▇ | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photographing a Voted ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

See attachment

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

See attachment

| **Name of Investigator Completing this Report** | | |
|---|---|---|
| *Name:* David Richards | *Title:* Investigator | *Date:* 06/24/2020 |

**For Supervisory Personnel Only:**

Case Opened: Yes ☐ No ☑ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 7/1/2020

V2019.10.17

## NORTH CAROLINA STATE BOARD OF ELECTIONS

Incident Number: 2020-IR-099
Investigator(s):  David Richards
Document:  Opening Memo
County:  Graham

Subject(s):  ████████████

Photographing a Voted Ballot
06/23/2020 11th District Primary Election

On 06/23/2020, the NCSBE received an email notification from Teresa Garland, Director Graham County Board of Elections (GCBOE) of a possible violation of the election laws of North Carolina. The GCBOE was notified of the possibility of a voted ballot being photographed.



Further follow-up will be conducted to attempt to obtain a proper contact number for ████████

Incident Status: Active

## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-156

County Durham

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|---|---|---|---|---|
| 10/15/2020 | NCSBE | 430 N. Salisbury Street Raleigh, NC 27611 | | 919 814-0700 |

Relevant Election Event: ☐ Election Day  ☐ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☒ Other: Photographing a Ballot | | | |

**Full Description of Incident** (Describe the incident including statements and actions. Attach additional pages if needed.)

On Oct 15, 2020 a email received from Public Information Director Pat Gannon reported that ▓▓▓▓ photographed his voted ballot and posted it to a his twitter account on October 15, 2020 at 2:03 PM in violation of N.C.G.S. § 163-166.3(c). The NCSBE has a duty to investigate violations of election laws in North Carolina. As stated above, photographing a voted ballot is prohibited by law and is punishable as a Class 1 Misdemeanor.

**Resolution of Incident/Recommendations** (Attach any supplemental documents and/or notes.)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

### Name of Investigator Completing this Report

**Name:** Matthew F. Martucci    **Title:** Senior Lead Investigator    **Date:** 10/16/2020

### For Supervisory Personnel Only:

Case Opened: Yes ☒  No ☐  To Be Determined ☐    Case #: 2020-030    Priority #'s: _____

General Counsel (or designee) Initials: _____    Date: _____

Chief Investigator (or designee) Initials: _____    Date: 10/16/2020

V2019.10.17

## NCSBE **Investigations Division**
### Non-Case Incident Report

IR Number 2020-IR-127

County Chatham

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 9/21/2020 | Ben Howell | | Ben_Howell@ymail.com | |

*Relevant Election Event:* ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ■ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

The NCSBE was informed of an individual who posted a picture of their marked absentee ballot on their public twitter page. ▬▬▬▬▬▬▬▬ posted an picture of his absentee ballot with only the presidential race and his selection for that contest visible. As of 9/21/2020, the tweet and the image of his ballot had over 1,200 re-tweets and 13,900 likes.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

### Name of Investigator Completing this Report

*Name:* Danielle Brinton          *Title:* Investigator          *Date:* 9/21/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐   No ☐   To Be Determined ☐   Case #: _____   Priority #'s: _____

General Counsel (or designee) Initials: _____   Date: _____

Chief Investigator (or designee) Initials: _____   Date: 10/7/20

V2019.10.17

# NCSBE Investigations Division
## Non-Case Incident Report

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|-------------------|---------|-------|---------------------|
| 9/23/2020 | America Darling Curl | | americadcurl@gmail.com | |

*Relevant Election Event:* ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ■ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|-------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

A complaint came into the Mecklenburg County BOE that was then forwarded to the NCSBE regarding an individual posting a picture of his voted absentee ballot on Facebook. ███████████████████████ posted a picture of his official ballot with his selection for President marked in on a Facebook group on 9/22/2020. The picture currently has 557 comments.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

███████████████████████████████████████████

### Name of Investigator Completing this Report

*Name:* Danielle Brinton          *Title:* Investigator          *Date:* 9/23/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 10/2/2_

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|----------------------|
| 9/23/2020 | NCSBE | | | |

*Relevant Election Event:* ☐ Election Day  ☐ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ■ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|-------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

███████████████████████████████████████████████████ posted a photograph of her voted absentee ballot 13 times on Twitter with the latest post being on 9/22/2020.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

████████████████████████████████████████

## Name of Investigator Completing this Report

*Name:* Danielle Brinton   *Title:* Investigator   *Date:* 9/23/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐  No ☐  To Be Determined ☐  Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____  Date: _____

Chief Investigator (or designee) Initials: ✗ _____  Date: 10/7/20

V2019.10.17

## NCSBE Investigations Division
## Non-Case Incident Report

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 9/23/2020 | NCSBE | | | |

**Relevant Election Event:** ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☒ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|--------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☒ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

███████████████████████████████████████████████████ shared a photograph of his voted ballot on his Twitter page on 9/14/2020.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

███████████████████████████████████████████████████

### Name of Investigator Completing this Report

*Name:* Danielle Brinton          *Title:* Investigator          *Date:* 9/23/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐  No ☐  To Be Determined ☐    Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 10/7/r

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 9/23/2020 | NCSBE | | | |

*Relevant Election Event:* ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☒ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☒ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

███████████████████████████████████████ posted a photograph of his voted absentee ballot to his Twitter on 9/19/2020.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

███████████████████████████████████████

## Name of Investigator Completing this Report

*Name:* Danielle Brinton          *Title:* Investigator          *Date:* 9/23/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐  No ☐  To Be Determined ☐  /Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____  Date: _____

Chief Investigator (or designee) Initials: _____  Date: 10/7

V2019.10.17



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-133

County New Hanover

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 9/23/2020 | NCSBE | | | |

**Relevant Election Event:** ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☑ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|--------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

posted a photograph and a video of his voted absentee ballot on his Twitter page on 9/7/2020. ▮▮▮▮ is a UACOVA voter currently living in Singapore.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

### Name of Investigator Completing this Report

| *Name:* Danielle Brinton | *Title:* Investigator | *Date:* 9/23/2020 |
|---------------------------|------------------------|-------------------|

**For Supervisory Personnel Only:**

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 10/7/

V2019.10.17



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number  2020-IR-154

County Watauga

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|-------------------|---------|-------|---------------------|
| 10/09/2020 | Matthew Synder<br><br>Watauga County Board of Elections | 842 W King St # 6,<br>Boone, NC 28607 | | 828 265-8061 |

**Relevant Election Event:** ☐ Election Day  ■ One-Stop  ☒ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|-------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | ▧ -Self Reported | ▧ | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photograph Ballot | | | |

### Full Description of Incident *(Describe the incident including statements and actions. Attach additional pages if needed.)*

▧ stated that when she received her absentee ballot a couple days ago and she was super excited about it and she posted a video of it to her snapchat story, completely unaware that that was against the law. As soon as I was told that it was against the law, she immediately deleted it. A person from her old school ▧ screen recorded it and told me he was going to get my vote invalidated in a very taunting matter. One of his best friends also taunted me about posting it. ▧ sated that panicked and called the Watauga board of elections to ensure that my vote was still safe and then proceeded to block ▧ and his best friend because I didn't feel comfortable keeping him as a friend after that. ▧ asked if it was possible to keep her name confidential if you do end up contacting ▧ because we have a lot of mutual friends and I really don't want this to continue to happen by other people. I realize I did in fact make a mistake by posting my ballot and I will never do that again. I am a new voter this year and should have educated myself prior to posting something so serious.

### Resolution of Incident/Recommendations *(Attach any supplemental documents and/or notes.)*

▧

### Name of Investigator Completing this Report

**Name:** Matthew Martucci        **Title:** Senior Lead Investigator        **Date:** 10/09/2020

**For Supervisory Personnel Only:**

Case Opened: Yes☐  No☐  To Be Determined ☐  Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____  Date: _____

Chief Investigator (or designee) Initials: _____  Date: _____

V2019.10.17

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|---|---|---|---|---|
| 10/15/2020 | NCSBE | 430 N. Salisbury Street Raleigh, NC 27611 | | 919 814-0700 |

*Relevant Election Event:*  ☐ Election Day  ☐ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing a Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On Oct 15, 2020 a email received from Public Information Director Pat Gannon reported that ▮▮▮▮▮ photographed his voted ballot and posted it to a his twitter account on October 15, 2020 at 2:03 PM in violation of N.C.G.S. § 163-166.3(c). The NCSBE has a duty to investigate violations of election laws in North Carolina. As stated above, photographing a voted ballot is prohibited by law and is punishable as a Class 1 Misdemeanor.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### Name of Investigator Completing this Report

*Name:* Matthew F. Martucci   *Title:* Senior Lead Investigator   *Date:* 10/16/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☑  No ☐  To Be Determined ☐   Case #: 2020-030   Priority #'s: _____

General Counsel (or designee) Initials: _____   Date: _____

Chief Investigator (or designee) Initials: _____   Date: 10/16/2020

V2019.10.17



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number  2020-IR-158

County Sampson

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|---|---|---|---|---|
| 10/17/2020 | Jessica Jean Beckner | N/A | ■■■■■■ | N/A |

*Relevant Election Event:*  ☐ Election Day  ■ One-Stop  ☒ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # 63004 | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photograph Ballot | | | |

### Full Description of Incident *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On October 17, 2020 an email was sent to the help desk showing that ■■■■■ also known as ■■■■■ posted a photograph of her ballot on her Facebook in violation of N.C.G.S. § 163-166.3(c).

### Resolution of Incident/Recommendations *(Attach any supplemental documents and/or notes.)*

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### Name of Investigator Completing this Report

**Name:** Matthew Martucci    **Title:** Senior Lead Investigator    **Date:** 10/19/2020

### For Supervisory Personnel Only:

Case Opened: Yes ☐  No ☐  To Be Determined ☐    Case #: _____    Priority #'s: _____

General Counsel (or designee) Initials: _____    Date: _____

Chief Investigator (or designee) Initials: _____    Date: 10/21/2022

V2019.10.17

## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-159

County Surry

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|---|---|---|---|---|
| 10/21/2020 | Elisha Atkins | | ██████████ | |

**Relevant Election Event:** ☐ Election Day  ☒ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | ██████████ | ██████████ | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☒ Other: Photographing a Voted Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

See attached

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

See attached

### Name of Investigator Completing this Report

*Name:* David Richards          *Title:* Investigator          *Date:* 10/21/2020

**For Supervisory Personnel Only:**

Case Opened: Yes ☐  No ☐  To Be Determined ☐   Case #: _____   Priority #'s: _____

**General Counsel (or designee) Initials:** _____   Date: _____

**Chief Investigator (or designee) Initials:** _____   Date: 11/12/2020

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 10/23/2020 | Tabitha Hall | | ███████████ | |

**Relevant Election Event:** ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☑ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|--------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # NCSBE-63470 | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On 10/22/2020, ████████████████████████████████
████, photographed his voted ballot and posted it to his Facebook page.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

███████████████████████████████████████████████████

## Name of Investigator Completing this Report

**Name:** Danielle Brinton     **Title:** Investigator     **Date:** 10/23/2020

**For Supervisory Personnel Only:**

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 11/12/20

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 10/24/2020 | Harrison Steinberg | N/A | ███████████ | N/A |

**Relevant Election Event:** ☐ Election Day  ☑ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☑ Help Desk Ticket # NCSBE-63551 | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing a Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On October 24, 2020, ██████████████████████████████
posted a photograph of her voted ballot on Instagram in violation of NCGS §§ 163-166.3(c) states the following: "Photographing Voted Ballot Prohibited. – No person shall photograph, videotape, or otherwise record the image of a voted official ballot for any purpose not otherwise permitted under law."☐

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

███████████████████████████████████████████████████

## Name of Investigator Completing this Report

| Name: | Title: | Date: |
|-------|--------|-------|

**For Supervisory Personnel Only:**

Case Opened: Yes ☐  No ☐  To Be Determined ☐  Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____  Date: _____

Chief Investigator (or designee) Initials: _____  Date: 11/11/2__

V2019.10.17



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-172

County Rutherford

| **Person Reporting the Incident** | | | | |
| --- | --- | --- | --- | --- |
| **DATE** | **COMPLAINANT'S NAME** | **ADDRESS** | **EMAIL** | **TELEPHONE NUMBER(S)** |
| 10/24/2020 | Dawn Lovelace, Director Rutherford County BOE | 298 Fairground Rd., Spindale, NC 28160 | dawn.lovelace@rutherfordcountync.gov | 828-287-6030 |

*Relevant Election Event:* ☐ Election Day ☒ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☐ Other _____

| **General Nature of the Incident** | **Witness/Persons Involved** | **Telephone Number(s)** | **Email(s)** |
| --- | --- | --- | --- |
| ☐ Help Desk Ticket # _____ | ▮ | ▮ | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☒ Other: Photographing a Voted Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

See attachment

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

See attachment

| **Name of Investigator Completing this Report** | | |
| --- | --- | --- |
| *Name:* David Richards | *Title:* Investigator | *Date:* 10/27/2020 |

*For Supervisory Personnel Only:*

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: 2 _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 11/11/2

V2019.10.17

Incident Number: 2020-IR-172
Investigator(s): David Richards
Document: Opening Memo
County: Rutherford

Subject(s): ████████████████

Photographing a Voted Ballot
11/03/2020 General Election

On 10/24/2020, the NCSBE received an email notification from Dawn Lovelace, Director Rutherford County Board of Election (RCBOE), of a possible violation of the election laws of North Carolina. The RCBOE was made aware of a video on Face Book showing an official ballot being voted.

████████████████████████████████████████████████████████

████████████ posted a video of an official ballot being voted followed by an image of a child holding the voted ballot in plain view of the camera.

████████████████████████████████████████████████████████

Incident Status: Active

**NCSBE Investigations Division**
**Non-Case Incident Report**

IR Number 2020-IR-176
County Orange

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|-------------------|---------|-------|---------------------|
| 10/26/2020 | Nancy Breece | | ▮▮▮▮ | |

*Relevant Election Event:*  ☐ Election Day  ☐ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☑ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|-------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # NCSBE-63549 | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

▮▮▮▮▮▮▮▮ posted a photo of his voted ballot as a comment to an ABC 11 facebook post.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Name of Investigator Completing this Report

*Name:* Danielle Brinton          *Title:* Investigator          *Date:* 10/26/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐  No ☐  To Be Determined ☐  Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____  Date: _____

Chief Investigator (or designee) Initials: _____  Date: 11/12/20

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 10/27/2020 | NCSBE | 430 N. Salisbury Street Raleigh, NC 27603 | | 919 814-0700 |

**Relevant Election Event:** ☐ Election Day  ☑ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # NCSBE- _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing a Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On October 26, 2020, ▮▮▮▮▮▮▮▮▮▮▮
video tape her one stop ballot and post the balloot on socioal media in violation of NCGS §§ 163-166.3 (c) states the following: "Photographing Voted Ballot Prohibited. – No person shall photograph, videotape, or otherwise record the image of a voted official ballot for any purpose not otherwise permitted under law."▯

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Name of Investigator Completing this Report

| Name: | Title: | Date: |
|-------|--------|-------|

*For Supervisory Personnel Only:*

Case Opened: Yes ☐  No ☐  To Be Determined ☐  Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____  Date: _____

Chief Investigator (or designee) Initials: ___V___  Date: 11/12/20__

V2019.10.17

## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-181

County Buncombe

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|---|---|---|---|---|
| 10/28/2020 | Nancy Breece | | ■■■■■■ | |

**Relevant Election Event:** ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ■ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On October 9, 2020, ■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■ posted a photograph of his voted ballot on Facebook.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

■■■■■■■■■■■■■■■■■■■■■■■■■■■

### Name of Investigator Completing this Report

| **Name:** Danielle Brinton | **Title:** Investigator | **Date:** 10/28/2020 |
|---|---|---|

**For Supervisory Personnel Only:**

Case Opened: Yes ☐ No ■ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 11/12/202~

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|-------------------|---------|-------|---------------------|
| 10/29/2020 | NCSBE | 430 N. Salisbuty Street Raleigh, NC | | 919 814-0700 |

*Relevant Election Event:* ☐ Election Day  ☑ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | ▮ | ▮ | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing a Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On October 29, 2020 ▮▮▮▮ post a photograph of his voted ballot on social media.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Name of Investigator Completing this Report

*Name:* Matthew F. Martucci     *Title:* Senior Lead Investigator     *Date:* 10/26/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐  No ☐  To Be Determined ☐  Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____  Date: _____

Chief Investigator (or designee) Initials: _____  Date: 11/12/2

V2019.10.17

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|-------------------|---------|-------|---------------------|
| 10/31/2020 | George Lewis | | ▮▮▮▮▮ | |

*Relevant Election Event:* ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☑ Other _Photographing Ballot_

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|-------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On October 31, 2020, George Lewis, ▮▮▮▮▮▮▮▮▮▮▮▮ notified the North Carolina State Board of Elections (NCSBE) Investigations Unit of a possible photographing a voter ballot posted on TicTok by user ▮▮▮▮▮▮▮▮. Lewis emailed screen shots from the video's showing the corner of a ballot possible from New Hanover County.

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Name of Investigator Completing this Report

| | | |
|---|---|---|
| *Name:* Thomas Harrington | *Title:* Investigator | *Date:* 11/02/2020 |

*For Supervisory Personnel Only:*

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: _____

V2019.10.17



**NCSBE Investigations Division**
**Non-Case Incident Report**

IR Number 2020-IR-195

County Iredell

| Person Reporting the Incident | | | | |
|---|---|---|---|---|
| **DATE** | **COMPLAINANT'S NAME** | **ADDRESS** | **EMAIL** | **TELEPHONE NUMBER(S)** |
| 10/31/2020 | John Bugaiski | 2793 Burkhamstead Cir., Concord, NC 28027 | ▮ | |

*Relevant Election Event:* ☐ Election Day  ☑ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | ▮ | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing a Voted Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

See attachment

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

See attachment

| Name of Investigator Completing this Report | | |
|---|---|---|
| *Name:* David Richards | *Title:* Investigator | *Date:* 11/03/2020 |

*For Supervisory Personnel Only:*

Case Opened: Yes ☐  No ☐  To Be Determined ☐   Case #: _____   Priority #'s: _____

General Counsel (or designee) Initials: _____     Date: _____

Chief Investigator (or designee) Initials: _____     Date: _____

V2019.10.17

## NORTH CAROLINA STATE BOARD OF ELECTIONS

Incident Number: 2020-IR-195
Investigator(s): David Richards
Document: Opening Memo
County: Iredell

Subject(s):

Photographing a Voted Ballot
11/03/2020 General Election

On 10/31/2020, the NCSBE received an email notification from John Bugaiski, residing at 2793 Burkhamstead Cir., Concord, NC 28027, of a possible violation of the election laws of North Carolina. Mr. Bugaiski forwarded an email showing a voted official ballot posted to Face Book.

Incident Status: Active



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-200

County Granville

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|---|---|---|---|---|
| 11/3/2020 | Ian Macel | 209 Ridge Rd, Davidson, NC 28035 | | ▬▬▬▬ |

**Relevant Election Event:** ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☒ Other Photographing Ballot

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|---|---|---|---|
| ☐ Help Desk Ticket # _____ | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | · | |
| ☒ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

Ian Macel reported that ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬ posted a video of his voted ballot to his Snapchat story at 12:50 pm on 11/3/2020. Snapchat username of the voter is ▬▬▬▬▬▬

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

### Name of Investigator Completing this Report

*Name:* Danielle Brinton    *Title:* Investigator    *Date:* 11/3/2020

### For Supervisory Personnel Only:

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s:_____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: _____

V2019.10.17



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-201

County Mitchell

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 11/03/2020 | Roycene Jones, Director Mitchell County BOE | 11 N. Mitchell Ave., Rm. 108 Bakersville, NC 28705 | roycene.jones@mitchellcounty.org | 828-688-3101 |

**Relevant Election Event:** ■Election Day ☐One-Stop ☐Mail-In Absentee ☐Board Meeting ☐Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|--------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | ███████████ | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ■ Other: Photographing a Voted Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

See attachment

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

See attachment

### Name of Investigator Completing this Report

**Name:** David Richards          **Title:** Investigator          **Date:** 11/04/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 11/____

V2019.10.17

## NORTH CAROLINA STATE BOARD OF ELECTIONS

Incident Number: 2020-IR-201
Investigator(s): David Richards
Document: Opening Memo
County: Mitchell

Subject(s):

Photographing a Voted Ballot
11/03/2020 General Election

On 11/03/2020, the NCSBE received an email notification from Roycene Jones, Director Mitchell County Board of Elections (MCBOE), of a possible violation of the election laws of North Carolina. The MCBOE were informed of a photographed ballot posted on Face Book.



Incident Status: Active

## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2020-IR-202

County Yancey

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 11/03/2020 | Anonymous | | | |

**Relevant Election Event:** ☑ Election Day  ☐ One-Stop  ☐ Mail-In Absentee  ☐ Board Meeting  ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|-------------------------------|--------------------------|---------------------|----------|
| ☐ Help Desk Ticket # _____ | █████████████ | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing a Voted Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

See attachment

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

See attachment

### Name of Investigator Completing this Report

**Name:** David Richards          **Title:** Investigator          **Date:** 11/04/2020

**For Supervisory Personnel Only:**

Case Opened: Yes ☐  No ☐  To Be Determined ☐   Case #: _____   Priority #'s: _____

General Counsel (or designee) Initials: _____   Date: _____

Chief Investigator (or designee) Initials: _____   Date: _____

V2019.10.17

# NORTH CAROLINA STATE BOARD OF ELECTIONS

Incident Number: 2020-IR-202
Investigator(s): David Richards
Document: Opening Memo
County: Yancey

Subject(s):

████████████████████

Photographing a Voted Ballot
11/03/2020 General Election

On 11/03/2020, the NCSBE received an anonymous complaint of a possible violation of the election laws of North Carolina. The anonymous complainant forwarded the information of an image of an official voted ballot posted to Face Book.



Incident Status: Active

**NCSBE Investigations Division**
**Non-Case Incident Report**

IR Number 2020-IR-213

County Craven

## Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------| ------|---------------------|
| 11/7/2020 | Elizabeth Hoffmann | | ███████████ | |

**Relevant Election Event:** ☐ Election Day ☐ One-Stop ☐ Mail-In Absentee ☐ Board Meeting ☐ Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|-------------------------------|--------------------------|---------------------|----------|
| ☑ Help Desk Ticket # NCSBE-64768 | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☑ Other: Photographing Ballot | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

On November 7, 2020, Elizabeth Hoffmann, emailed the North Carolina State Board of Elections (NCSBE) about a possible photographing ballot incident being posted on Facebook by ███████████ ███████████ The Facebook post shows part of ███████ ballot with a write in candidate of ███████████

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

███████████████████████████████████

## Name of Investigator Completing this Report

**Name:** Thomas Harrington   **Title:** Investigator   **Date:** 11/9/2020

*For Supervisory Personnel Only:*

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Chief Investigator (or designee) Initials: _____ Date: 11/12/~~

V2019.10.17



## NCSBE Investigations Division
## Non-Case Incident Report

IR Number 2021-IR-131

County Onslow

### Person Reporting the Incident

| DATE | COMPLAINANT'S NAME | ADDRESS | EMAIL | TELEPHONE NUMBER(S) |
|------|--------------------|---------|-------|---------------------|
| 11/2/2021 | Joann McDermon | Unknown | ████████ | Unknown |

**Relevant Election Event:** ☑Election Day ☐One-Stop ☐Mail-In Absentee ☐Board Meeting ☐Other _____

| General Nature of the Incident | Witness/Persons Involved | Telephone Number(s) | Email(s) |
|--------------------------------|--------------------------|---------------------|----------|
| ☑ Help Desk Ticket # NCSBE-74437 | | | |
| ☐ County referral | | | |
| ☐ Voter or Person Assisting Voter Issue | | | |
| ☐ Person Unauthorized to Enter Polling Place | | | |
| ☐ Facility Issue | | | |
| ☐ Candidate / Campaign Worker Issue | | | |
| ☐ Precinct Official Issue (or one-stop worker issue) | | | |
| ☐ Interference with an election official | | | |
| ☐ Interference with a voter | | | |
| ☐ ABS Request/Ballot Issue | | | |
| ☐ Voter Registration Drive | | | |
| ☐ Other: _____ | | | |

**Full Description of Incident** *(Describe the incident including statements and actions. Attach additional pages if needed.)*

An individual reported to the Onslow County BOE that ████████████████████ residing at ████████████████ posted a picture of his ballot on the Facebook group "Registered Voters North Topsail Beach."

**Resolution of Incident/Recommendations** *(Attach any supplemental documents and/or notes.)*

████████████████████

### Name of Investigator Completing this Report

**Name:** Danielle Brinton          *Title:* Investigator          *Date:* 11/2/2021

**For Supervisory Personnel Only:**

Case Opened: Yes ☐  No ☐  To Be Determined ☐  Case #: _____  Priority #'s: _____

General Counsel (or designee) Initials: _____          Date: _____

Chief Investigator (or designee) Initials: _____          Date: 11/10/21

V2019.10.17



**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

| **Complainant Name** | **Complainant Address** |
|---|---|
| | |

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud          Voter Assistance
Double Voter        Vote Buying
Felon Registrant     Voter Impersonation
Felon Voter           Voter Intimidation
Non-Citizen Voter    Voter Registration
Photographing Voted Ballot   Other _____

**Complaint Information:**



**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

---

**Complainant Name**

**Complainant Address**

---

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
Mail
In-Person
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud                     Threat/Harassment
Double Voter                  Voter Assistance
Felon Registrant              Vote Buying
Felon Voter                   Voter Impersonation
Non-Citizen Voter             Voter Intimidation
Photographing Voted Ballot    Voter Registration

                              Other _____

---

**Complaint Information:**



**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

---

**Complainant Name**

**Complainant Address**

---

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
Mail
In-Person
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud                    Threat/Harassment
Double Voter                 Voter Assistance
Felon Registrant             Vote Buying
Felon Voter                  Voter Impersonation
Non-Citizen Voter            Voter Intimidation
Photographing Voted Ballot   Voter Registration

                             Other _____

---

**Complaint Information:**



**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

---

**Complainant Name**

**Complainant Address**

---

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
Mail
In-Person
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud
Double Voter
Felon Registrant
Felon Voter
Non-Citizen Voter
Photographing Voted Ballot

Threat/Harassment
Voter Assistance
Vote Buying
Voter Impersonation
Voter Intimidation
Voter Registration

Other _____

---

**Complaint Information:**



## NORTH CAROLINA
### STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

---

**Complainant Name**

**Complainant Address**

---

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
Mail
In-Person
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud                   Threat/Harassment
Double Voter                Voter Assistance
Felon Registrant            Vote Buying
Felon Voter                 Voter Impersonation
Non-Citizen Voter           Voter Intimidation
Photographing Voted Ballot  Voter Registration

                            Other _____

---

**Complaint Information:**



# NORTH CAROLINA
## STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

---

**Complainant Name**

**Complainant Address**

---

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
Mail
In-Person
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud                    Threat/Harassment
Double Voter                 Voter Assistance
Felon Registrant             Vote Buying
Felon Voter                  Voter Impersonation
Non-Citizen Voter            Voter Intimidation
Photographing Voted Ballot   Voter Registration

Other _____

---

**Complaint Information:**



# NORTH CAROLINA
## STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

---

**Complainant Name**

**Complainant Address**

---

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
Mail
In-Person
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud
Double Voter
Felon Registrant
Felon Voter
Non-Citizen Voter
Photographing Voted Ballot

Threat/Harassment
Voter Assistance
Vote Buying
Voter Impersonation
Voter Intimidation
Voter Registration

Other _____

---

**Complaint Information:**



**NORTH CAROLINA**
STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report Index Sheet

IR Number _____

County _____

Date _____

Election _____

---

**Complainant Name**

**Complainant Address**

---

**How complaint was received:**

Help Desk Ticket # _____
County Referral
Email
Phone
Mail
In-Person
State Agency _____
Federal Agency _____
Other _____

**Complaint Category:**

ABS Fraud                    Threat/Harassment
Double Voter                 Voter Assistance
Felon Registrant             Vote Buying
Felon Voter                  Voter Impersonation
Non-Citizen Voter            Voter Intimidation
Photographing Voted Ballot   Voter Registration

Other _____

---

**Complaint Information:**

## NORTH CAROLINA STATE BOARD OF ELECTIONS

Incident Number: 2022-IR-116
Investigator(s): David Richards
Document: Opening Memo
County: Wake

Subject(s): ████████████
Photographing Voted Ballot
2022 General Election

On 11/08/2022, the NCSBE received an email notification from Gary Sims, Director Wake County Board of Elections, of a possible violation of the election laws of North Carolina. Mr. Sims reported a possible photographing a voted ballot violation in the 2022 General Election. ███████████████████████████████████████████████████████, posted several images of his juvenile daughter filling out his ballot while he captured the images. The images were reported to have been posted to his FaceBook page; however, at the time of the report, the images were no longer displayed on his FaceBook page.

Incident Status: Active



**NCSBE Investigations Division**
Incident Report

| Date | Complainant's Name | Address | Email | Phone Number |
|------|--------------------|---------|-------|--------------|
| 11/7/2023 | Lydia R. Eichel<br>Critical Infrastructure Intelligence Analyst<br>NC ISAAC Fusion Center<br>NC Joint Cybersecurity Task Force | | Lydia.Eichel@ncdps.g ov | 919-417-2069 |

### How complaint was received:

- [ ] Help Desk Ticket # _____
- [ ] County Referral
- [ ] Email
- [ ] Phone
- [ ] Mail
- [ ] In-Person
- [x] State Agency NC ISAAC
- [ ] Federal Agency _____
- [ ] Other _____

### Complaint Category:

- [ ] ABS Fraud
- [ ] Double Voter
- [ ] Felon Registrant
- [ ] Felon Voter
- [ ] Non-Citizen Voter
- [x] Photographing Voted Ballot

- [ ] Threat/Harassment
- [ ] Voter Assistance
- [ ] Vote Buying
- [ ] Voter Impersonation
- [ ] Voter Intimidation
- [ ] Voter Registration
- [ ] Other _____

### Full Description of the Incident (Describe the incident including statements & actions. Attached additional pages if needed.)

NC ISAAC reported an individual, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ posted a picture of his voted ballot on twitter and mentioned "C'mon @NCSBE! Make me the test case for your constitutional laws."

### Resolution of Incident/Recommendations (Attach any supplemental documents and/or notes.)

See attached interview memo.

### Name of Investigator Completing this Report

| Name: Danielle Brinton | Title: Investigator | Date: 11/7/2023 |
|------------------------|---------------------|-----------------|

### For Supervisory Personnel Only:

Case Opened: Yes [✓]  No [ ]  To Be Determined [ ]    Case #: 2023-013    Priority #'s: 3.1

General Counsel (or designee) Initials: _____ Date: _____

Supervisor Investigator (or designee) Initials: _____ Date: _____



# NORTH CAROLINA
## STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report

IR Number 2024-IR-003

County Surry

Date 02/13/2024

Election 2024 Primary Election

| Date | Complainant's Name | Address | Email | Phone Number |
|------|-------------------|---------|-------|--------------|
| 02/13/2024 | Michella J. Huff Director, Surry County BOE | 915 E. Atkins St., Dobson, NC 27017 | huffm@surrycountync.gov | 336-401-8225 |

**How complaint was received:**

- [x] Help Desk Ticket # 109402
- [ ] County Referral
- [x] Email
- [ ] Phone
- [ ] Mail
- [ ] In-Person
- [ ] State Agency _____
- [ ] Federal Agency _____
- [ ] Other _____

**Complaint Category:**

- [ ] ABS Fraud
- [ ] Double Voter
- [ ] Felon Registrant
- [ ] Felon Voter
- [ ] Non-Citizen Voter
- [x] Photographing Voted Ballot
- [ ] Threat/Harassment
- [ ] Voter Assistance
- [ ] Vote Buying
- [ ] Voter Impersonation
- [ ] Voter Intimidation
- [ ] Voter Registration
- [ ] Other _____

**Full Description of the Incident (Describe the incident including statements & actions. Attached additional pages if needed.)**

On 02/13/2024 at 9:53 AM, Director Huff sent an email complaint to the NCSBE of a photographing a voted ballot violation that was posted to FaceBook by ▉▉▉▉▉▉. The date the image was posted to FaceBook is unknown; however, Director Huff sent a screen shot of the FaceBook posting showing the voted ballot attached to ▉▉▉▉ FaceBook page.

**Resolution of Incident/Recommendations (Attach any supplemental documents and/or notes.)**

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████
█████████

This incident is closed; no further action is needed.

**Name of Investigator Completing this Report**

| Name: David Richards | Title: Investigator | Date: 02/13/2024 |
|---|---|---|

**For Supervisory Personnel Only:**

Case Opened: Yes [ ] No [ ] To Be Determined [ ] Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Supervisor Investigator (or designee) Initials: _____ Date: _____



# NORTH CAROLINA
## STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report

IR Number 2024-IR-003
County Surry
Date 02/13/2024
Election 2024 Primary Election

| Date | Complainant's Name | Address | Email | Phone Number |
|---|---|---|---|---|
| 02/13/2024 | Michella J. Huff<br>Director, Surry County BOE | 915 E. Atkins St., Dobson, NC 27017 | huffm@surrycountync.gov | 336-401-8225 |

**How complaint was received:**

- [x] Help Desk Ticket # 109402
- [ ] County Referral
- [x] Email
- [ ] Phone
- [ ] Mail
- [ ] In-Person
- [ ] State Agency _____
- [ ] Federal Agency _____
- [ ] Other _____

**Complaint Category:**

- [ ] ABS Fraud
- [ ] Double Voter
- [ ] Felon Registrant
- [ ] Felon Voter
- [ ] Non-Citizen Voter
- [x] Photographing Voted Ballot
- [ ] Threat/Harassment
- [ ] Voter Assistance
- [ ] Vote Buying
- [ ] Voter Impersonation
- [ ] Voter Intimidation
- [ ] Voter Registration
- [ ] Other _____

**Full Description of the Incident (Describe the incident including statements & actions. Attached additional pages if needed.)**

On 02/13/2024 at 9:53 AM, Director Huff sent an email complaint to the NCSBE of a photographing a voted ballot violation that was posted to FaceBook by ████████. The date the image was posted to FaceBook is unknown; however, Director Huff sent a screen shot of the FaceBook posting showing the voted ballot attached to ████████ FaceBook page.

**Resolution of Incident/Recommendations (Attach any supplemental documents and/or notes.)**

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

███████████████████████████████████████████████

This incident is closed; no further action is needed.

**Name of Investigator Completing this Report**

| Name: David Richards | Title: Investigator | Date: 02/13/2024 |
|---|---|---|

**For Supervisory Personnel Only:**

Case Opened: Yes [ ] No [ ] To Be Determined [ ] Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Supervisor Investigator (or designee) Initials: _____ Date: _____

**NORTH CAROLINA STATE BOARD OF ELECTIONS**

Incident Number: 2024-IR-012
Investigator(s):    David Richards
Document:           Opening Memo
County:             Guilford

Subject(s):         ██████████████

                    Photographing Voted Ballot
                    2024 Primary Election

On 02/23/2024, the NCSBE received an email notification from Dennis Berwyn, dberwyn@gmail.com, of a possible violation of the election laws of North Carolina. Mr. Berwyn forwarded a possible photographing a voted ballot complaint.

████████████████████████████████████████████████████████
████, posted an image of a voted ballot on his Face Book page on 02/17/2024.

According to ████████████ voting history, he voted early on 02/16/2024.


Incident Status: Active

**NORTH CAROLINA STATE BOARD OF ELECTIONS**

Incident Number: 2024-IR-020
Investigator(s):   David Richards
Document:          Opening Memo
County:            Chowan

Subject(s):        ██████████
                   Photographing Voted Ballot
                   2024 Primary Election

On 03/02/2024, the NCSBE received an email notification from Kristi Nixon, Director Chowan County Board of Elections, of a possible violation of the election laws of North Carolina. Ms. Nixon forwarded a possible photographing a voted ballot complaint.

███████████████████████████████████████████████████████████████████,
posted an image of a voted ballot on his Face Book page on 03/01/2024.

According to ██████████ voting history, he voted early on 03/01/2024.


Incident Status: Active



# NORTH CAROLINA
## STATE BOARD OF ELECTIONS

**NCSBE Investigations Division**
Incident Report

IR Number 2024-IR-032

County Granville

Date 03/05/2024

Election 2024 Primary Election

| Date | Complainant's Name | Address | Email | Phone Number |
|------|--------------------|---------|-------|--------------|
| 03/05/2024 | | | | |

**How complaint was received:**

- ☐ Help Desk Ticket # _____
- ☐ County Referral
- ☑ Email
- ☐ Phone
- ☐ Mail
- ☐ In-Person
- ☐ State Agency _____
- ☐ Federal Agency _____
- ☐ Other _____

**Complaint Category:**

- ☐ ABS Fraud
- ☐ Double Voter
- ☐ Felon Registrant
- ☐ Felon Voter
- ☐ Non-Citizen Voter
- ☑ Photographing Voted Ballot
- ☐ Threat/Harassment
- ☐ Voter Assistance
- ☐ Vote Buying
- ☐ Voter Impersonation
- ☐ Voter Intimidation
- ☐ Voter Registration
- ☐ Other _____

**Full Description of the Incident (Describe the incident including statements & actions. Attached additional pages if needed.)**

On 03/05/2024, the NCSBE was notified of a possible violation of the election laws of North Carolina of a photographing a voted ballot.

███████████████████████████████████████, posted on X a photograph of a voted ballot.

███████ previously posted a voted ballot photograph on or around 11/07/2023 and refused to remove the image when requested to do so by Lead Investigator Matthew Martucci.

**Resolution of Incident/Recommendations (Attach any supplemental documents and/or notes.)**

███████████████████████████████████████████
███████████████████████████████████████████

This incident is closed.

**Name of Investigator Completing this Report**

| Name: David Richards | Title: Investigator | Date: 03/05/2024 |
|---|---|---|

**For Supervisory Personnel Only:**

Case Opened: Yes ☐ No ☐ To Be Determined ☐ Case #: _____ Priority #'s: _____

General Counsel (or designee) Initials: _____ Date: _____

Supervisor Investigator (or designee) Initials: _____ Date: _____