*Hogarth v. Brinson Bell, et al.*

Case No. 5:24-cv-00481-FL

# Exhibit N to Adam Steinbaugh Declaration in Support of Plaintiff's Motion for Preliminary Injunction



Mailing Address:
P.O. Box 27255,
Raleigh, NC 27611

(919) 814-0700 or
(866) 522-4723

*Fax*: (919) 715-0135

## 2015 – 2022 NCSBE Referred Cases

The following chart reflects all referred cases by the North Carolina State Board of Elections between 2015 and the present by category.

| Year | Double Voter | Felon Voter | Felon Registrant | Impersonation of a Voter | Vote-Buying | ABS Fraud | Voter Registration | Interfering with an Election Official | Non-Citizen Registrant/Voter | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | 21 | 9 | 1 | 2 | 3 | 1 | 1 | 0 | 3 | 3 | 44 |
| 2016 | 9 | 16 | 0 | 1 | 0 | 3 | 0 | 2 | 2 | 3 | 36 |
| 2017 | 7 | 422 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 435 |
| 2018 | 12 | 12 | 12 | 1 | 1 | 3 | 6 | 1 | 1 | 0 | 49 |
| 2019 | 0 | 0 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 1 | 6 |
| 2020 | 3 | 49 | 0 | 2 | 0 | 1 | 0 | 0 | 1 | 2 | 58 |
| 2021 | 12 | 16 | 0 | 4 | 0 | 1 | 0 | 0 | 1 | 0 | 34 |
| 2022 | 5 | 6 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| *Total* | 69 | 530 | 20 | 12 | 4 | 12 | 7 | 3 | 8 | 9 | 674 |

*Data as of 01/24/2023