*Hogarth v. Brinson Bell, et al.*

Case No. 5:24-cv-00481-FL

# Exhibit O to Adam Steinbaugh Declaration in Support of Plaintiff's Motion for Preliminary Injunction

# NORTH CAROLINA STATE BOARD OF ELECTIONS

Below is the most up to date data for the North Carolina State Board of Elections incidents and cases pertaining to the 2020 General Election and the 2021 Municipal Election.

The first chart shows the type and number of complaints from September 1, 2020 to January 4, 2022.

| Type of Complaint | # of Complaints |
|---|---|
| ABS Fraud | 14 |
| Candidate Disclosure | 1 |
| Double Voter | 183 |
| False Advertising | 1 |
| Felon Registrant | 5 |
| Felon Voter | 57 |
| Non-Citizen Voter | 6 |
| Photographing Voted Ballot | 24 |
| Residency Issue | 10 |
| Voter Assistance | 5 |
| Vote Buying | 7 |
| Voter Impersonation | 35 |
| Voter Intimidation | 1 |
| Voter Registration | 8 |
| Voter Suppression | 1 |
| **Total** | **358** *Data is from 9/1/2020 through 1/4/2022* |

The second chart shows all the referred cases by type and number from September 1, 2020 to January 4, 2022.

| Type of Case | # of Cases Referred to DA |
|---|---|
| Double Voter | 7 |
| False Swearing | 1 |
| Felon Voter | 46 |
| Photographing Voted Ballot | 1 |
| Voter Impersonation | 6 |
| **Total** | **61** *Data is from 9/1/2020 through 1/4/2022* |