# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | |
|---|---|
| SUSAN JANE HOGARTH | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| KAREN BRINSON BELL, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  5:24-CV-481-FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alan Hirsch, in his official capacity as Chair of the North Carolina State Board of Elections;
ATTN: Paul Cox, General Counsel
430 N. Salisbury Street, Suite 3128, Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JAMES M. DEDMAN IV
GALLIVAN WHITE & BOYD P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC, 28211
(704)-552-1712
jdedman@gwblawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER A. MOORE, JR.,

*CLERK OF COURT*

Date:      08/23/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:24-CV-481-FL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Alan Hirsch ,   NC Board of Elections

was received by me on *(date)*   08/26/2024   .

❐ I personally served the summons on the individual at *(place)*

         on *(date)*       ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

     , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Paul Cox ,   General Counsel    , who is

designated by law to accept service of process on behalf of *(name of organization)*

The North Carolina State Board of Elections    on *(date)*   08/28/2024   ; or

❐ I returned the summons unexecuted because      ; or

❐ Other *(specify):*

My fees are $      for travel and $      for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 08/28/2024

*Server's signature*

MARC LUGO   PROCESS SERVER
*Printed name and title*

P.O. Box 1144, RALEIGH, NC 27602
*Server's address*

Additional information regarding attempted service, etc: