*Hogarth v. Brinson Bell, et. al.*

Case No. 5:24-cv-00481-FL

Exhibit A to Plaintiff's
Reply in Support of Motion for
Preliminary Injunction

Voting Record of Susan Jane Hogarth

New Search

# SUSAN JANE HOGARTH

████████████████

████████████████

**Collapse all sections | Expand all sections**

## YOUR VOTER DETAILS

| | |
|---|---|
| County: | WAKE |
| Status: | ACTIVE |
| Voter Reg Num: | 000010309138 |
| NCID: | EH273832 |
| Party: | LIB |
| Race: | UNDESIGNATED |
| Ethnicity: | UNDESIGNATED |
| Gender: | FEMALE |
| Registration Date: | 10/03/1995 |
| NCDMV Customer: | Yes |

## YOUR JURISDICTIONS

| | |
|---|---|
| Precinct: | PRECINCT 18-04 |
| Congress: | CONGRESSIONAL DISTRICT 2 |
| NC Senate: | NC SENATE DISTRICT 13 |
| NC House: | NC HOUSE DISTRICT 33 |
| Superior Court: | SUPERIOR COURT DISTRICT 10A |
| Judicial: | JUDICIAL DISTRICT 10E |
| Prosecutorial: | PROSECUTORIAL DISTRICT 10 |
| County Commissioner: | COUNTY COMMISSIONER 4 |
| Municipality: | UNINCORPORATED |
| School: | BOARD OF EDUCATION 5 |

Case 5:24-cv-00481-FL   Document 43-1   Filed 09/24/24   Page 2 of 4

## YOUR VOTING LOCATIONS 

During the early voting period, voters may cast a ballot at any early voting site in their county, and eligible individuals may register and vote at the same time. Find early voting sites and schedules in your county with the Early Voting Site Search. *Voting sites change for each election and become available when finalized.*

Election Day voters must cast a ballot at their assigned polling place. Click the name of your Election Day polling place below for location details, your county board of elections contact information, and sample ballots *when available*.

YATES MILL ELEMENTARY
5993 YATES MILL POND RD
RALEIGH, NC 27606

## YOUR SAMPLE BALLOT (1) 

If this section is blank, you do not have any upcoming elections in your jurisdiction for the current year.

"Ballots not assigned yet" means a sample ballot is not yet available. Return to this site closer to the election date to view your sample ballot(s).

Practice making your selections with the accessible sample ballot by choosing "Option 4" on the absentee ballot portal.

| Election | Your Sample Ballot(s) |
| --- | --- |
| 11/05/2024 GENERAL | B0150 |

## YOUR BALLOT: BY MAIL OR EARLY VOTING (0) 

If there is no ballot information in this section, we do not have a record that you returned an absentee ballot by mail or that you have voted in-person at an early voting site for the current election.

Note for absentee ballots:
County boards of elections will post ballot acceptance information, but ballot requests are no longer public record until the ballot is returned, or until Election Day, whichever is earlier. If you have not received your ballot within two weeks of your request, contact your county board of elections.

To track your absentee-by-mail ballot from request to acceptance by your county board of elections, sign up for status notifications through BallotTrax.

## YOUR VOTER HISTORY (21)

If this section is blank, we do not have a record that you voted in a past election in North Carolina.

| Election | Voted Method | Voted County | Primary Election Ballot |
|---|---|---|---|
| 03/05/2024 PRIMARY | IN-PERSON ELECTION DAY | WAKE | LIBERTARIAN |
| 11/08/2022 GENERAL | IN-PERSON ELECTION DAY | WAKE | |
| 11/03/2020 GENERAL | EARLY VOTING | WAKE | |
| 03/03/2020 PRIMARY | IN-PERSON ELECTION DAY | WAKE | LIBERTARIAN |
| 11/06/2018 GENERAL | EARLY VOTING | WAKE | |
| 11/08/2016 GENERAL | EARLY VOTING | WAKE | |
| 03/15/2016 PRIMARY | IN-PERSON ELECTION DAY | WAKE | LIBERTARIAN |
| 11/06/2012 GENERAL | IN-PERSON ELECTION DAY | WAKE | |
| 05/08/2012 PRIMARY | IN-PERSON ELECTION DAY | WAKE | LIBERTARIAN |
| 11/02/2010 GENERAL | IN-PERSON ELECTION DAY | WAKE | |
| 11/04/2008 GENERAL | EARLY VOTING | WAKE | |
| 10/09/2007 MUNICIPAL | IN-PERSON ELECTION DAY | WAKE | |
| 11/07/2006 GENERAL | IN-PERSON ELECTION DAY | WAKE | |
| 11/02/2004 GENERAL | ABSENTEE | WAKE | |
| 11/07/2000 GENERAL | PROVISIONAL | WAKE | |
| 05/02/2000 PRIMARY | IN-PERSON ELECTION DAY | WAKE | LIBERTARIAN |
| 11/02/1999 MUNICIPAL | IN-PERSON ELECTION DAY | WAKE | |
| 02/02/1999 BOND | IN-PERSON ELECTION DAY | WAKE | |
| 11/03/1998 GENERAL | LEGACY | WAKE | |
| 11/04/1997 MUNICIPAL | LEGACY | WAKE | |
| 11/05/1996 GENERAL | LEGACY | WAKE | |

For more information, please contact the Wake County Board of Elections.

© 2014-2024 **NC State Board of Elections**

Case 5:24-cv-00481-FL   Document 43-1   Filed 09/24/24   Page 4 of 4