*Hogarth v. Brinson Bell, et. al.*

Case No. 5:24-cv-00481-FL

Exhibit B to Plaintiff's
Reply in Support of Motion for
Preliminary Injunction

Hogarth November 5, 2024
Sample Ballot



# November 5, 2024 General Election
*Sample Ballot Key & Combined Sample Ballots*

- ✓ Election Day ballots are assigned to the specific precinct that coincides with the voter's election districts.

- ✓ 181 ballot styles in Wake County and all ballots are double-sided.

- ✓ Some precincts will have more than one ballot style if they are split by one or more electoral districts.

- ✓ A voter's ballot style is based on their residential address. View your voter information and find your assigned sample ballot at: https://vt.ncsbe.gov/RegLkup/





**Board of Elections**

Sample Ballot
Wake County, North Carolina
November 5, 2024

**B0150**

## BALLOT MARKING INSTRUCTIONS

A. With the marking device provided or a black ball point pen, completely fill in the oval to the left of each candidate or selection of your choice as shown.
B. Where authorized, you may write in a candidate by filling in the oval and writing the name on the Write-in line.
C. If you tear, deface or wrongly mark this ballot, return it to request a replacement.

### PARTISAN ELECTIONS

**President and Vice President of the United States**
(You may vote for ONE)

- Kamala D. Harris / Tim Walz — Democratic Party
- Chase Oliver / Mike ter Maat — Libertarian Party
- Jill Stein / Rudolph Ware — Green Party
- Randall Terry / Stephen E. Broden — Constitution Party
- Donald J. Trump / JD Vance — Republican Party
- Cornel West / Melina Abdullah — Justice for All Party
- _____ Write-in

**US House of Representatives District 2**
(You may vote for ONE)

- Michael Dublin — Green Party
- Deborah K. Ross — Democratic Party
- Alan D. Swain — Republican Party

**NC Governor**
(You may vote for ONE)

- Mark Robinson — Republican Party
- Mike Ross — Libertarian Party
- Vinny Smith — Constitution Party
- Josh Stein — Democratic Party
- Wayne Turner — Green Party

**NC Lieutenant Governor**
(You may vote for ONE)

- Rachel Hunt — Democratic Party
- Wayne Jones — Constitution Party
- Hal Weatherman — Republican Party
- Shannon W. Bray — Libertarian Party

**NC Attorney General**
(You may vote for ONE)

- Jeff Jackson — Democratic Party
- Dan Bishop — Republican Party

**NC Auditor**
(You may vote for ONE)

- Bob Drach — Libertarian Party
- Jessica Holmes — Democratic Party
- Dave Boliek — Republican Party

**NC Commissioner of Agriculture**
(You may vote for ONE)

- Sean Haugh — Libertarian Party
- Sarah Taber — Democratic Party
- Steve Troxler — Republican Party

**NC Commissioner of Insurance**
(You may vote for ONE)

- Natasha Marcus — Democratic Party
- Mike Causey — Republican Party

**NC Commissioner of Labor**
(You may vote for ONE)

- Luke Farley — Republican Party
- Braxton Winston II — Democratic Party

**NC Secretary of State**
(You may vote for ONE)

- Elaine Marshall — Democratic Party
- Chad Brown — Republican Party

**NC Superintendent of Public Instruction**
(You may vote for ONE)

- Maurice (Mo) Green — Democratic Party
- Michele Morrow — Republican Party

**NC Treasurer**
(You may vote for ONE)

- Wesley Harris — Democratic Party
- Brad Briner — Republican Party

**NC Supreme Court Associate Justice Seat 6**
(You may vote for ONE)

- Jefferson G. Griffin — Republican Party
- Allison Riggs — Democratic Party

**NC Court of Appeals Judge Seat 12**
(You may vote for ONE)

- Tom Murry — Republican Party
- Carolyn Jennings Thompson — Democratic Party

**NC Court of Appeals Judge Seat 14**
(You may vote for ONE)

- Ed Eldred — Democratic Party
- Valerie Zachary — Republican Party

**NC Court of Appeals Judge Seat 15**
(You may vote for ONE)

- Chris Freeman — Republican Party
- Martin E. Moore — Democratic Party

**NC State Senate District 13**
(You may vote for ONE)

- Lisa Grafstein — Democratic Party
- Susan Hogarth — Libertarian Party
- Scott Lassiter — Republican Party

**NC House of Representatives District 33**
(You may vote for ONE)

- Monika Johnson-Hostler — Democratic Party
- Chris Costello — Libertarian Party

**NC District Court Judge District 10E Seat 3**
(You may vote for ONE)

- Crystal Grimes — Democratic Party

**Wake County Board of Commissioners District 4**
(You may vote for ONE)

- Susan P. Evans — Democratic Party

**Wake County Register of Deeds**
(You may vote for ONE)

- Tammy L. Brunner — Democratic Party

### NONPARTISAN ELECTIONS

**Wake County Board of Education District 5**
(You may vote for ONE)

- Lynn Edmonds
- Ted Hills
- _____ Write-in

**Wake County Soil and Water Conservation District Supervisor**
(You may vote for ONE)

- Brian K. Lewis
- Reese Wamsley
- Mark Boone
- _____ Write-in

Continue voting next side →

SAMPLE BALLOT   SAMPLE BALLOT   SAMPLE BALLOT   SAMPLE BALLOT

| Wake County, North Carolina | November 5, 2024 | Ballot Style B0150 |
|---|---|---|

## REFERENDA

### Constitutional Amendment

Constitutional amendment to provide that only a citizen of the United States who is 18 years of age and otherwise possessing the qualifications for voting shall be entitled to vote at any election in this State.

○ For
○ Against

### Wake County Public Libraries Bonds

Additional property taxes may be levied on property located in the County of Wake, North Carolina in an amount sufficient to pay the principal and interest on bonds if approved by the following ballot question. Shall the order adopted on July 8, 2024, authorizing $142,000,000 LIBRARY BONDS of the County of Wake, North Carolina, plus interest, for the purpose of providing funds, together with any other available funds, for acquiring, constructing, expanding and renovating library buildings and other library facilities, both fixed and mobile, and the acquisition of related land, rights of way and equipment, and providing that additional taxes may be levied in an amount sufficient to pay the principal of and interest on said bonds be approved, in light of the following:
  (1) The estimated cumulative cost over the life of said bonds, using the highest interest rate charged for similar debt over the last 20 years, would be $217,884,800, consisting of the $142,000,000 principal amount of said bonds plus $75,884,800 of estimated interest.
  (2) The estimated amount of property tax liability increase for each one hundred thousand dollars ($100,000) of property tax value to service the cumulative cost over the life of said bonds would be $2.50 per year.

○ Yes
○ No

**End of Ballot**

SAMPLE BALLOT   SAMPLE BALLOT   SAMPLE BALLOT   SAMPLE BALLOT