# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

SUSAN JANE HOGARTH,

    *Plaintiff*,

v.

KAREN BRINSON BELL, et al.,

    *Defendants*.

Case No.: 5:24-cv-00481-LF

Hon. Louise W. Flanagan

**PLAINTIFF'S [UNOPPOSED] MOTION FOR ATTORNEY JAMES M. DIAZ TO APPEAR VIA VIDEO TELECONFERENCE**

In accordance with Local Rule 83.10, Plaintiff Susan Hogarth requests leave of this Court for her attorney James M. Diaz to appear via video teleconferencing at the preliminary injunction hearing scheduled for October 7, 2024 at 1:30 PM. This motion is unopposed.

Attorney Diaz is unable to attend in person and does not plan to present argument to the Court during the hearing. Attorney Jeffrey Zeman will present argument in person at the hearing, and other attorneys representing Plaintiff Hogarth, Jim Dedman and Daniel Ortner, will also appear in person at the hearing.

Allowing Attorney Diaz to attend via video teleconferencing will benefit Plaintiff Hogarth by allowing Attorney Diaz to observe the hearing and appropriately confer with co-counsel and Plaintiff Hogarth about the hearing in real time and will not prejudice any party. Plaintiff Hogarth asks the Court to grant her unopposed motion.

Respectfully submitted,

| | |
|---|---|
| /s/ James M. Dedman IV | /s/ Jeffrey D. Zeman |
| JAMES M. DEDMAN IV | JEFFREY D. ZEMAN* |
| (NC Bar # 37415) | (Pa. Bar No. 328570) |
| GALLIVAN WHITE & BOYD P.A. | DANIEL M. ORTNER* |
| 6805 Carnegie Blvd, Ste. 200 | (Ca. Bar No. 329866) |
| Charlotte, NC, 28211 | JAMES M. DIAZ* |
| (704)-552-1712 | (Vt. Bar. No. 5014) |
| jdedman@gwblawfirm.com | FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION |
| ERIC SPENGLER | 510 Walnut St., Ste. 900 |
| (NC Bar # 47165) | Philadelphia, PA 19106 |
| SPENGLER + AGANS PLLC | (215) 717-3473 |
| 352 N. Caswell Rd. | jeff.zeman@thefire.org |
| Charlotte, NC 28204 | daniel.ortner@thefire.org |
| (704) 999-8733 | jay.diaz@thefire.org |
| eric@sab.law | *Special Appearance pursuant to Local Rule 83.1(e) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Jeffrey D. Zeman
Jeffrey D. Zeman
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION