**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| SUSAN JANE HOGARTH, <br><br>　　　　　*Plaintiff*, <br>　v. <br>KAREN BRINSON BELL, et al., <br><br>　　　　　*Defendants*. | Case No.: 5:24-cv-00481-LF <br><br> Hon. Louise W. Flanagan <br><br> **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A PROPOSED CONSENT DECREE** |

　　　　Plaintiff Susan Jane Hogarth moves to extend the deadline to file a proposed consent decree between Hogarth and Defendant Wake County District Attorney Lorrin Freeman from October 11, 2024, to October 18, 2024. (ECF No. 47.). Hogarth, District Attorney Freeman, and the other parties to the case have diligently consulted and taken significant time to find mutually agreeable language for a proposed consent decree that would protect Hogarth's ability to take a ballot selfie in the upcoming election. In particular, all parties conferred in good faith via video conference and an exchange of multiple emails on October 11, 2024, but could not reach an agreement by the October 11, 2024 deadline.

　　　　Plaintiff believes that additional time is needed to attempt to resolve outstanding points of disagreement and that this short extension would give the parties sufficient time to attempt to reach an agreement on the outstanding points of disagreement or report to the Court on any remaining disagreements.

　　　　Pursuant to Local Rule 6.1, Plaintiff informs the Court that after it became clear that the parties would not be able to reach a final agreement on a consent

decree, Plaintiff immediately conferred with all Defendants via email and asked if Defendant Freeman would be willing to file this motion for an extension as a consent motion. Counsel for District Attorney Freeman, Elizabeth O'Brien, expressed her opposition to this motion or any other motion for an extension. Counsel for the State Board of Elections and the Attorney General Josh Shapiro, Terrance Steed, and Counsel for the Wake County Defendants, Roger Askew, similarly expressed their opposition to the motion for an extension.

Because an agreement between Hogarth and District Attorney Freeman would resolve the preliminary injunction as it relates to the District Attorney, and support judicial economy, there is good cause to grant the Plaintiff's motion for an extension.

Dated: Oct. 11, 2024

/s/ James M. Dedman
JAMES M. DEDMAN IV
   (NC Bar # 37415)
GALLIVAN WHITE & BOYD P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC, 28211
(704)-552-1712
jdedman@gwblawfirm.com

ERIC SPENGLER
   (NC Bar # 47165)
SPENGLER + AGANS PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
(704) 999-8733
eric@sab.law

/s/ Daniel M. Ortner
DANIEL M. ORTNER*
   (Ca. Bar No. 329866)
JEFFREY D. ZEMAN*
   (Pa. Bar No. 328570)
JAMES M. DIAZ*
   (Vt. Bar. No. 5014)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
jeff.zeman@thefire.org
daniel.ortner@thefire.org
jay.diaz@thefire.org

*Special Appearance pursuant to Local Rule 83.1(e)

*Counsel for Plaintiff Susan Hogarth*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Daniel M. Ortner
Daniel M. Ortner
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
