UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>　　　　　　　*Plaintiff*,<br>　v.<br>KAREN BRINSON BELL, et al.,<br><br>　　　　　　　*Defendants*. | Case No.: 5:24-cv-00481-LF<br><br>Hon. Louise W. Flanagan<br><br>**ORDER GRANTING PLAINTIFF'S MOTION<br>FOR EXTENSION OF TIME TO FILE A PROPOSED CONSENT DECREE** |

Before the Court is Plaintiff Susan Jane Hogarth's motion for an extension of time to file a proposed consent decree between Hogarth and District Attorney Lorrin Freeman. [ECF No. 48]. After careful consideration, the Court finds that the Motion should be GRANTED.

Accordingly, IT IS ORDERED that the motion is GRANTED:

Plaintiff Susan Jane Hogarth and Defendant Wake County District Attorney Lorrin Freeman will file a proposed consent order memorializing the terms of a consent decree by October 18, 2024, or file a joint status report by that date informing the court why they have been unable to reach an agreement.

Dated: October 15, 2024

　　　　　　　　　　　　　　　　　*/s/ Louise W. Flanagan*
　　　　　　　　　　　　　　　　　LOUISE W. FLANAGAN
　　　　　　　　　　　　　　　　　United States District Judge