IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-481-FL

|  |  |  |
|---|---|---|
| SUSAN JANE HOGARTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STATE DEFENDANTS'** |
| | ) | **MOTION TO DISMISS** |
| KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOW COMES** Defendants Karen Brinson Bell, State Board Executive Director, the members of the State Board, Danielle Brinton, State Board Investigator, and Josh Stein, North Carolina Attorney General, all named in their official capacities only ("State Defendants"), through undersigned counsel, to move for dismissal of Plaintiffs' Verified Complaint [D.E. 2] pursuant to Fed. R. Civ. P. 12(b)(1).[1]  In support of this motion, State Defendants file a Memorandum of Law herewith.

Respectfully submitted this the 18th day of October, 2024.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov

---

[1] Pursuant to the Consent Scheduling Order entered by the Court on October 15, 2024, this motion to dismiss is limited to lack of subject matter jurisdiction under Rule 12(b)(1), and by filing same, Defendants are not waiving any other applicable defenses under Rule 12(b).  [D.E. 50].

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25713
mcbabb@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602-0629
Telephone:  (919) 716-6567
Facsimile:  (919) 716-6761

*Attorneys for State Defendants*