IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-00481-FL

| | |
|---|---|
| HOGARTH,<br><br>Plaintiff,<br><br>V.<br><br>BRINSON BELL, ET AL.,<br><br>Defendants. | **DISTRICT ATTORNEY FREEMAN'S MOTION TO DISMISS**<br><br>**Fed. R. Civ. P. 12(b)(1)** |

NOW COMES Defendant District Attorney Lorrin Freeman, by and through her undersigned counsel, Special Deputy Attorney General Elizabeth Curran O'Brien, for the purpose of moving this Court to dismiss Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(1), as more fully set forth in the memorandum of law filed herewith.

Respectfully submitted, this the 18th day of October, 2024.

JOSHUA H. STEIN
Attorney General

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Counsel for Defendant Freeman*