UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>                *Plaintiff*,<br>  v.<br><br>KAREN BRINSON BELL, et al.,<br><br>                *Defendants*. | Case No.: 5:24-cv-00481-LF<br><br>Hon. Louise W. Flanagan<br><br>**PLAINTIFF'S CONSENTED-TO AND UNOPPOSED MOTION FOR LEAVE TO FILE VERIFIED SUPPLEMENTAL COMPLAINT** |

In accordance with Federal Rule of Civil Procedure 15(d), Plaintiff Susan Hogarth requests leave to file a verified supplemental complaint, attached here as **Exhibit A**, describing events that occurred after Hogarth filed her Verified Complaint. (*See* ECF No. 1.) The State Board Defendants, Attorney General Stein, and District Attorney Freeman consent to this motion, while the Wake County Board Defendants do not oppose.[1] For the reasons stated in Hogarth's Local Rule 7.1(e) memorandum in support (ECF No. 63), the Court should grant her motion.

Dated: November 5, 2024

Respectfully Submitted,

/s/ James M. Dedman IV
James M. Dedman IV*
(NC Bar # 37415)
Gallivan White & Boyd P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC, 28211
(704)-552-1712
jdedman@gwblawfirm.com

Eric Spengler*

/s/ Jeffrey D. Zeman
JEFFREY D. ZEMAN**
(Pa. Bar No. 328570)
DANIEL M. ORTNER**
(Ca. Bar No. 329866)
James M. Diaz**
(Vt. Bar. No. 5014)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900

---

[1] Pursuant to Local Rule 7.1, on November 2, 2024, Plaintiff's counsel sought Defendants' consent for this motion via email. All Defendants responded.

(NC Bar # 47165)  
SPENGLER + AGANS PLLC  
352 N. Caswell Rd.  
Charlotte, NC 28204  
(704) 999-8733  
eric@sab.law  

*Local Civil Rule 83.1(d) Attorney

Philadelphia, PA 19106  
(215) 717-3473  
jeff.zeman@thefire.org  
daniel.ortner@thefire.org  
jay.diaz@thefire.org  

**Special Appearance Pursuant to Local Rule 83.1(e)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 5, 2024, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

             <u>/s/ Jeffrey D. Zeman</u>
             JEFFREY D. ZEMAN
             FOUNDATION FOR INDIVIDUAL
             RIGHTS AND EXPRESSION