UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>    *Plaintiff*,<br>v.<br><br>KAREN BRINSON BELL, et al.,<br><br>    *Defendants*. | Case Number: 5:24-cv-00481-LF<br><br>Hon. Louise W. Flanagan<br><br>**ORDER GRANTING PLAINTIFF'S CONSENTED-TO AND UNOPPOSED MOTION FOR LEAVE TO FILE VERIFIED SUPPLEMENTAL COMPLAINT** |

Before the Court is Plaintiff Susan Hogarth's Motion Consented-to and Unopposed Motion for Leave to File Verified Supplemental Complaint. After careful consideration, Plaintiff's Motion is GRANTED.

Plaintiff shall file on the docket a final version of her supplemental complaint within three business days of this order.

SIGNED this 6th day of November, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge