THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>*Plaintiff,*<br><br>v.<br><br>KAREN BRINSON BELL, et al.,<br><br>*Defendants.* | Case No.: 5:24-cv-00481-LF<br><br>Hon. Louise W. Flanagan<br><br>**JAMES M. DIAZ'S CONSENT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 5.2(e), James M. Diaz respectfully requests leave to withdraw as counsel for Plaintiff Susan Jane Hogarth (5901 Penny Rd., Raleigh, NC 27606) in the above-captioned matter because Diaz is no longer with the Foundation for Individual Rights and Expression. Jeffrey D. Zeman, Daniel M. Ortner, James M. Dedman IV, and Eric Spengler continue to represent Plaintiff in this matter, and as such there will be continuity of representation. Currently pending before the Court are Defendants' Motions to Dismiss (ECF Nos. 53, 55, 58); Plaintiff filed her consolidated brief in opposition on November 22, 2024 (ECF No. 66), and Defendants' reply briefs are due December 13, 2024. Plaintiff and Defendants have been informed of the nature of this motion and consent to the relief sought.

Dated: December 20, 2024

Respectfully Submitted,

/s/ James M. Dedman IV
James M. Dedman IV
(NC Bar # 37415)
Gallivan White & Boyd P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC, 28211
(704)-552-1712
jdedman@gwblawfirm.com

/s/ James M. Diaz
James M. Diaz*
(Vt. Bar. No. 5014)

/s/ Jeffrey D. Zeman
JEFFREY D. ZEMAN*
(Pa. Bar No. 328570)
DANIEL M. ORTNER*

Eric Spengler
(NC Bar # 47165)
SPENGLER + AGANS PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
(704) 999-8733
eric@sab.law

(Ca. Bar No. 329866)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
jeff.zeman@thefire.org
daniel.ortner@thefire.org

*Special Appearance Pursuant to Local Rule 83.1(e)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ James M. Diaz
JAMES M. DIAZ