IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
No. 5:24-cv-00481-FL

| | |
|---|---|
| SUSAN JANE HOGARTH, ) | |
| ) | |
| Plaintiff, ) | **NOTICE OF WITHDRAWAL** |
| v. ) | **OF GOVERNMENTAL COUNSEL** |
| ) | |
| KAREN BRINSON BELL, in her official ) | |
| capacity as Executive Director of the North ) | **Local Civil Rule 5.2(d)** |
| Carolina State Board of Elections, et al., ) | |
| ) | |
| Defendants. ) | |

NOW COMES State Board Defendants and provides notice pursuant to Local Civil Rule 5.2(d) that Special Deputy Attorney General Mary Carla Babb is leaving the North Carolina Department of Justice and will no longer be associated with this case and gives notice of her withdrawal as counsel in this matter.

This withdrawal will not result in any prejudice, as the undersigned, Special Deputy Attorney General Terence Steed will continue to represent State Board Defendants and verifies that he is aware of, and will comply with, all pending deadlines in the case including proceedings with any scheduled trial or hearings.

This the 24th day of February, 2025.

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6567

*Counsel for State Board Defendant*