# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>*Plaintiff*,<br><br>v.<br><br>KAREN BRINSON BELL, et al.,<br><br>*Defendants*. | Case No.: 5:24-cv-00481-LF<br><br>Hon. Louise W. Flanagan<br><br>**DANIEL M. ORTNER'S CONSENT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 5.2(e), Daniel M. Ortner respectfully requests leave to withdraw as counsel for Plaintiff Susan Jane Hogarth (5901 Penny Rd., Raleigh, NC 27606) in the above-captioned matter because Ortner is no longer with the Foundation for Individual Rights and Expression. Jeffrey D. Zeman, James M. Dedman IV, and Eric Spengler continue to represent Plaintiff in this matter, and as such there will be continuity of representation. Pursuant to the Court's March 28, 2025 Order (ECF No. 74), defendants have until April 11 to file answers to Hogarth's complaint or Rule 12(b) motions to dismiss. Plaintiff and Defendants have been informed of the nature of this motion and consent to the relief sought.

Dated: April 2, 2025

Respectfully Submitted,

/s/ James M. Dedman IV
James M. Dedman IV
(NC Bar # 37415)
Gallivan White & Boyd P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC, 28211
(704)-552-1712
jdedman@gwblawfirm.com

/s/ Daniel M. Ortner
Daniel M. Ortner*
(Ca. Bar No. 329866)

/s/ Jeffrey D. Zeman
Jeffrey D. Zeman*
(Pa. Bar No. 328570)
Foundation for Individual
 Rights and Expression
510 Walnut St., Ste. 900

Eric Spengler  
(NC Bar # 47165)  
SPENGLER + AGANS PLLC  
352 N. Caswell Rd.  
Charlotte, NC 28204  
(704) 999-8733  
eric@sab.law  

Philadelphia, PA 19106  
(215) 717-3473  
jeff.zeman@thefire.org  

*Special Appearance Pursuant to Local Rule 83.1(e)

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

    I hereby certify that on April 2, 2025, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Daniel. M. Ortner
DANIEL M. ORTNER
