# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| SUSAN JANE HOGARTH,<br><br>    *Plaintiff,*<br>v.<br><br>KAREN BRINSON BELL, et al.,<br><br>    *Defendants.* | Case Number: 5:24-cv-00481-LF<br><br>Hon. Louise W. Flanagan<br><br>**ORDER GRANTING DANIEL M. ORTNER'S CONSENT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Before the Court is Attorney Daniel M. Ortner's Consent Motion to Withdraw as Counsel for Plaintiff. Plaintiff Susan Hogarth has been informed of the nature of this motion and consents to Mr. Ortner's withdrawal as counsel. After careful consideration, Mr. Ortner's Motion is GRANTED.

SIGNED this 2nd day of April, 2025.

              _____
              LOUISE W. FLANAGAN
              United States District Judge