# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

SUSAN JANE HOGARTH,

> *Plaintiff,*

v.

KAREN BRINSON BELL, et al.,

> *Defendants.*

Case No.:  5:24-cv-00481-FL

**NOTICE OF SPECIAL APPEARANCE OF DANIEL A. ZAHN**

I, Daniel A. Zahn, the undersigned, hereby enter a notice of special appearance as attorney for the Plaintiff, Susan Jane Hogarth, in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, James M. Dedman IV.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: May 15, 2025.

/s/ Daniel A. Zahn
DANIEL A. ZAHN (DC Bar No. 90027403)
FOUNDATION FOR INDIVIDUAL RIGHTS AND
    EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
daniel.zahn@thefire.org
*Attorney for Plaintiff*

/s/James M. Dedman
JAMES M. DEDMAN IV (NC Bar. No. 37415)
GALLIVAN WHITE & BOYD P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC 28211
(704) 552-1712
jdedman@gwblawfirm.com
*Local Civil Rule 83.1(d) Attorney for
Plaintiff*