IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-481-FL

| | |
|---|---|
| SUSAN JANE HOGARTH, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, et al., | ) |
| Defendants. | ) |

THIS MATTER coming on before the Court on motion of the Defendants, the members and Executive Director of the North Carolina State Board of Elections, and State Board Investigator Danielle Brinton, to request a twenty-one (21) day extension of the time for the parties to file the Rule 26(f) Joint Report and Plan from May 19, 2025 to June 9, 2025;

It appearing that all parties consent to the motion, and the Court finding that good cause exists to grant the motion;

IT IS HEREBY ORDERED that the parties shall file the Rule 26(f) Joint Report and Plan no later than June 9, 2025.

DATED: 5/16/25

_____
LOUISE W. FLANAGAN
United States District Judge