IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-481-FL

| | |
|---|---|
| SUSAN JANE HOGARTH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **DEFENDANTS'** |
| ) | **MOTION FOR JUDGMENT ON** |
| SAM HAYES, in his official capacity as ) | **THE PLEADINGS** |
| Executive Director of the North Carolina State ) | |
| Board of Elections, et al., ) | |
| ) | |
| Defendants. ) | |

Defendants Sam Hayes, State Board Executive Director, the members of the State Board, Danielle Brinton, State Board Investigator ("State Board Defendants"), the Director and members of the Wake County Board of Elections ("County Board Defendants"), and Wake County District Attorney Lorrin Freeman ("DA Freeman"), all named in their official capacities only (collectively "Defendants"), through undersigned counsel, to move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). In support of this motion, Defendants file a Memorandum of Law herewith.

[Signature Page Follows]

Respectfully submitted this the 11th day of July, 2025.

/s/ Roger A. Askew
Roger A. Askew, NCSB # 18081
Senior Deputy County Attorney
E-mail: Roger.Askew@wake.gov

/s/ Allison P. Cooper
Allison P. Cooper, NCSB # 34160
Senior Deputy County Attorney
E-mail: Allison.Cooper@wake.gov

Wake County Attorney's Office
Post Office Box 550
Raleigh, North Carolina 27602
Telephone: (919) 856-5500

*Attorneys for County Board Defendants*

**JEFF JACKSON**
**Attorney General**

/s/ Ryan C. Grover
Ryan C. Grover
Special Deputy Attorney General
N.C. State Bar No. 53703
E-mail: rgrover@ncdoj.gov

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General
N.C. State Bar No. 39153
E-mail: mlucasse@ncdoj.gov

*Attorneys for State Board Defendants*


/s/Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
E-mail: eobrien@ncdoj.gov

*Counsel for Defendant Freeman*

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6400