**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DISTRICT**
**No. 5:24-cv-00481-FL**

| | | |
|---|---|---|
| SUSAN JANE HOGARTH, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF WITHDRAWAL** |
| v. | ) | **OF GOVERNMENTAL COUNSEL** |
| | ) | |
| SAM HAYES, in his official capacity as | ) | |
| Executive Director of the North Carolina | ) | **Local Civil Rule 5.2(d)** |
| State Board of Elections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES State Board Defendants and provides notice pursuant to Local Civil Rule 5.2(d) that Special Deputy Attorney General Ryan C. Grover will no longer be representing the State Board Defendants effective October 3, 2025, and will no longer be associated with this case and gives notice of his withdrawal as counsel in this matter.

This withdrawal will not result in any prejudice, as the undersigned, Special Deputy Attorneys General Terence Steed and Mary L. Lucasse will continue to represent State Board Defendants and verifies that they are aware of, and will comply with, all pending deadlines in the case including proceedings with any scheduled trial or hearings.

This the 3rd day of October 2025.

**JEFF JACKSON**
**Attorney General**

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: 919-716-6567
*Counsel for State Board Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day the forgoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the same upon all counsel of record in this action.

This the 3rd day of October 2025.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General