IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
No. 5:24-cv-00481-FL

| | |
|---|---|
| SUSAN JANE HOGARTH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SAM HAYES, in his official capacity as )<br>Executive Director of the North Carolina )<br>State Board of Elections, et al., )<br>)<br>Defendants. ) | **NOTICE OF WITHDRAWAL**<br>**OF GOVERNMENTAL COUNSEL**<br><br>**Local Civil Rule 5.2(d)** |

NOW COMES Mary L. Lucasse, Special Deputy Attorney General, North Carolina Department of Justice and provides notice pursuant to Local Civil Rule 5.2(d) verifying that Special Deputy Attorney General Terence Steed is no longer representing the State Board Defendants effective January 28, 2026, and will no longer be associated with this case and gives notice of his withdrawal as counsel in this matter.

This withdrawal will not result in any prejudice, as the undersigned, Special Deputy Attorney General Mary L. Lucasse, will continue to represent State Board Defendants and verifies that she is aware of, and will comply with, all pending deadlines in the case, including proceedings with any scheduled trial or hearings. This Notice will be served on all parties.

Respectfully submitted, this the 5th day of February, 2026.

**JEFF JACKSON**
**Attorney General**

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General
N.C. Bar No.: 39153

Email: mlucasse@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6962

*Counsel for State Board Defendant*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that on this day the forgoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve the same upon all counsel of record in this action.

This the 5th day of February, 2026.

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General

2