| | | |
|---|---|---|
| SUSAN JANE HOGARTH<br>　　　　　　Plaintiff | )<br>)<br>) | |
| v. | )<br>) | **JUDGMENT**<br>Case No: 5:24-CV-481-FL |
| SAM HAYES, in her official capacity as Executive Director of the North Carolina State Board of Elections; FRANCIS X. DE LUCA, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY EGGERS IV, ROBERT RUCHO, and SIOBHAN O'DUFFY MILLEN, in their official capacities as Members of the North Carolina State Board of Elections; DANIELLE BRINTON, in her official capacity as Investigator for the North Carolina State Board of Elections; OLIVIA MCCALL, in her official capacity as Director of the Wake County Board of Elections; ERICA PORTER, in her official capacity as Chair of the Wake County Board of Elections; ANGELA HAWKINS, in her official capacity as Secretary of the Wake County Board of Elections; GREG FLYNN, GERRY COHEN, and KEITH WEATHERLY, in their official capacities as Members of the Wake County Board of Elections; LORRIN FREEMAN, in her official capacity as Wake County District Attorney<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 9, 2026, and for the reasons set forth more specifically therein, it is ordered that defendants' motion for judgment on the pleadings is GRANTED.

**This Judgment Filed and Entered on March 9, 2026, and Copies To:**
Jeffrey Daniel Zeman / Daniel Zahn, James Dedman, IV, Eric Spengler (via CM/ECF Notice of Electronic Notification)
Mary Lucasse / Mary Woodell Scruggs  (via CM/ECF Notice of Electronic Notification)

March 9, 2026                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk