# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

SUSAN JANE HOGARTH,

          *Plaintiff,*

   v.

SAM HAYES, et al.,

          *Defendants.*

Case No.: 5:24-cv-00481

Hon. Louise W. Flanagan

**PLAINTIFF'S
NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Susan Hogarth appeals to the United States Court of Appeals for the Fourth Circuit from the March 9, 2026, judgment of this Court granting Defendants' motion for judgment on the pleadings. (ECF No. 100.) In appealing from the judgment, Plaintiff also appeals from all orders and findings of fact and law ancillary to the judgment, including but not limited to the Court's March 9, 2026, order granting Defendants' motion for judgment on pleadings and denying Plaintiff's motion for judgment on the pleadings. (ECF No. 99.)

Dated: March 20, 2026

/s/ James M. Dedman IV
James M. Dedman IV*
(NC Bar # 37415)
Gallivan White & Boyd P.A.
6805 Carnegie Blvd, Ste. 200
Charlotte, NC, 28211
(704)-552-1712
jdedman@gwblawfirm.com

Eric Spengler*
(NC Bar # 47165)
SPENGLER + AGANS PLLC

Respectfully Submitted,

/s/ Jeffrey D. Zeman
JEFFREY D. ZEMAN**
   (Penn. Bar No. 328570)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
jeff.zeman@fire.org

DANIEL A. ZAHN**
   (DC Bar No. 90027403)

1

352 N. Caswell Rd.  
Charlotte, NC 28204  
(704) 999-8733  
eric@sab.law  

*Local Civil Rule 83.1(d) Attorney

FOUNDATION FOR INDIVIDUAL  
   RIGHTS AND EXPRESSION  
700 Pennsylvania Ave. SE, Ste. 340  
Washington, DC 20003  
(215) 717-3473  
daniel.zahn@fire.org  

**Special Appearance Pursuant to  
Local Rule 83.1(e)

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey D. Zeman, hereby certify that on March 20, 2026, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system.

/s/ Jeffrey D. Zeman
JEFFREY D. ZEMAN
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
