FILED: March 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1328
(5:24-cv-00481-FL)

_____

SUSAN JANE HOGARTH

     Plaintiff - Appellant

v.

KAREN BRINSON BELL, in her official capacity as Executive Director of the
North Carolina State Board of Elections; JEFF CARMON, in his official capacity
as Secretary of the North Carolina State Board of Elections; STACY EGGERS,
IV, in their official capacities as Members of the North Carolina State Board of
Elections; SIOBHAN O'DUFFY MILLEN, in their official capacities as Members
of the North Carolina State Board of Elections; DANIELLE BRINTON, in her
official capacity as Investigator for the North Carolina State Board of Elections;
OLIVIA MCCALL, in her official capacity as Director of the Wake County Board
of Elections; ERICA PORTER, in her official capacity as Chair of the Wake
County Board of Elections; ANGELA HAWKINS, in her official capacity as
Secretary of the Wake County Board of Elections; GREG FLYNN, in their
official capacities as Members of the Wake County Board of Elections; GERRY
COHEN, in their official capacities as Members of the Wake County Board of
Elections; KEITH WEATHERLY, in their official capacities as Members of the
Wake County Board of Elections; LORRIN FREEMAN, in her official capacity
as Wake County District Attorney; FRANCIS X. DE LUCA, in his official
capacity as Chair of the North Carolina State Board of Elections; ROBERT
RUCHO, in their official capacities as Members of the North Carolina State Board
of Elections

     Defendants - Appellees

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:24-cv-00481-FL |
| Date notice of appeal filed in originating court: | 03/20/2026 |
| Appellant(s) | Susan Jane Hogarth |
| Appellate Case Number | 26-1328 |
| Case Manager | P. Ballard 804-916-2702 |